March 27, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

RICHARD CHUBA, Appellant

NO. 14-12-00001-CV V.

RIVERSIDE INN, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the ruling on appellee's motion for summary judgment. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by RICHARD CHUBA.

We further order this decision certified below for observance.